## TRINITY UNITED METHODIST CHURCH *v.* JENNIFER L. CLEAVER

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 901 (AC 28326), is denied.

*James W. Sherman*, in support of the petition.

*Michael D. O'Connell* and *Erin Arcesi Mutty*, in opposition.

Decided June 25, 2008

## JOSEPH MOONEY *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Mooney's petition for certification for appeal from the Appellate Court, 108 Conn. App. 901 (AC 28628), is denied.

*Anthony J. Musto*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided June 25, 2008

## L. LYNNE HALL *v.* STANLEY BERGMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 26856) is dismissed.

KATZ and SCHALLER, Js., did not participate in the consideration of or decision on this petition.

*Susan M. Phillips*, in support of the petition.

Decided June 25, 2008